**Willie WINN, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28326.**

Court of Criminal Appeals of Texas.

May 16, 1956.

---

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is possession of marihuana; the punishment, 3 years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.